ROBERT MOORE AND CHARLES F. MOORE, DOING BUSINESS UNDER THE FIRM NAME OF ROBERT MOORE & CO., PLAINTIFFS IN ERROR, VS. ED. HELLER, DOING BUSINESS UNDER THE FIRM NAME OF STAR CLOTHING HOUSE, OF PIEDMONT, WEST VIRGINIA, DEFENDANT IN ERROR.

Writ of Error to Circuit Court of Marion county.

*John G. Reardon*, for Plaintiffs in Error.

*John G. Burchell*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.